TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS PELINO,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendants. | Civil No. CV 20-9596 MWF (SKx)<br><br>ORDER RE STIPULATION TO SETTLE CASE AND DISMISS COMPLAINT |

**ORDER**

Based on the stipulation of the parties and a showing of good cause, the Court orders as follows.

///

///

///

1

1. The stipulation of the parties is entered. The complaint is dismissed with prejudice, the Court to retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERERD.

Dated: February 3, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

2